

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-16-00452-CR

Jose Guadalupe **AGUIRRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7206
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file a motion for rehearing is GRANTED. Appellant's motion for rehearing is due on August 14, 2017.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.

Luz Estrada
Chief Deputy Clerk